1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# SEALED

1  MONTI JORDANA LEVY, ESQUIRE
   WRIGHT MARSH & LEVY
2  Nevada Bar No. 8158
   300 S. Fourth Street
3  Suite 701
   Las Vegas, NV 89101
4  Phone: (702) 382-4004
   Fax: (702) 382-4800
5  Email: mlevy@wmllawlv.com
   Attorney for Karolina Moya
6



```
____ FILED              ____ RECEIVED
____ ENTERED            ____ SERVED ON
              COUNSEL/PARTIES OF RECORD

           APR - 2 2020

         CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
BY:_____ DEPUTY
```

7

8                    UNITED STATES DISTRICT COURT

9                        DISTRICT OF NEVADA

10

11  UNITED STATES OF AMERICA,          )
                                       )   CASE NO. 2:20-cr-00010-APG-BNW
12            Plaintiff,               )
                                       )   **STIPULATION TO CONTINUE**
13      vs.                            )   **PLEA HEARING**
                                       )   **(FIRST REQUEST)**
14  KAROLINA MOYA,                     )
                                       )
15            Defendant.               )
    _____)

16        IT IS HEREBY STIPULATED AND AGREED, by and between the NICHOLAS A.

17  TRUTANICH, United States of America, and KEVIN D. SCHIFF, Assistant United States Attorney,

18  counsel for the United States of America, MONTI JORDANA LEVY, ESQUIRE, WRIGHT

19  MARSH & LEVY, counsel for KAROLINA MOYA; that the Plea Hearing currently scheduled for

20  April 22, 2020 at 10:30 a.m., be vacated and continued to a date and time convenient to the Court,

21  but no sooner than 60 days.

22        This Stipulation is entered into for the following reasons:

23        1.    Defendant Moya wants to meet in person with her attorney to further discuss aspects

24  of the plea agreement.

25        2.    Defendant Moya also wants to be present for the plea hearing and as of now is unable

26  to travel due to the restrictions regarding the COVID-19 pandemic.

27        3.    Karolina Moya is not detained and agrees to the continuance.

28        4.    Government counsel does not object to this continuance.

1         5.     Additionally, denial of this request for a continuance could result in a miscarriage of

2    justice.

3         This is the first request for a continuance filed herein.

4         DATED this 1st day of April, 2020.

5    WRIGHT MARSH & LEVY          NICHOLAS A. TRUTANICH
                                    United States Attorney

6

7    By   /s/ Monti Jordana Levy          By   /s/ Kevin D. Schiff             

8        MONTI JORDANA LEVY, ESQUIRE     KEVIN D. SCHIEFF
    Counsel for Karolina Moya            Assistant United States Attorney

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,       )
     Plaintiff,       )    CASE NO. 2:20-cr-00010-APG-BNW
            vs.       )
KAROLINA MOYA,       )    **ORDER**
     Defendant.       )
_____ )

    Based on the Stipulation of the parties and good cause appearing.

    IT IS THEREFORE ORDERED that the Plea Hearing in the above-captioned matter currently scheduled for April 22, 2020 at 10:30 a.m., be vacated and continued to August 18, 2020 at 11:30 a.m. in Courtroom 6C.

    DATED this April 3, 2020.

_____
ANDREW P. GORDON
United States District Judge